**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1024**

_____

LINWOOD S. HASKINS, SR.,

　　　　　Plaintiff - Appellant,

　　v.

COMMONWEALTH OF VIRGINIA, Department of Social Services, Division of Child Support Enforcement; COREY L. POINDEXTER, Assistant Attorney General III; TONY NELSON, District Manager - Central Virginia Office; STEPHANIE SMITH, Case Manager,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:22-cv-00456-DJN)

_____

Submitted:  May 18, 2023　　　　　　　　　　　　　Decided:  May 23, 2023

_____

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Linwood Sylvester Haskins, Sr., Appellant Pro Se. Amy Elizabeth Hensley, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Sylvester Haskins appeals the district court's order dismissing his 42 U.S.C. § 1983 action for lack of standing and failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Haskins v. Virginia*, No. 3:22-cv-00456-DJN (E.D. Va. Dec. 9, 2022). We also deny Haskins' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
